## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**IN RE:**

| | |
|---|---|
| Jose B. Loera, | Case No. 12-38240 |
| Ana D. Loera, | Chapter 13 |
| | Judge Janet S. Baer |
| Debtors, | |

_____/

## NOTICE OF MOTION OF SECURED CREDITOR FOR EXTENSION OF TIME TO FILE RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE

Counsel for Fay Servicing, LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christina Trust, not individually but as trustee for Hilldale Trust ("Movant") has filed a Motion for Extension of Time to File a Response to Trustee's Notice of Final Cure.

**PLEASE TAKE NOTICE** that the court will hold a hearing on the Agreed Motion to Vacate Order for Relief from Stay.

This hearing will take place on February 2, 2017 at 9:30 am before the Hon Janet S. Baer, at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 642, Chicago, Illinois, 60604

Dated: January 12, 2017              */s/ Caleb J. Halberg*

## AFFIDAVIT OF SERVICE

I, Carrie Williams, declare under the penalty of perjury that on the 12th day of January 2017, I served a copy of the Notice of Motion, Proposed Order, and Affidavit of Service upon:

Alex J Whitt
Hiltz & Zanzig, LLC
53 W. Jackson Suite 205
Chicago, IL 60604
312-624-9008

Office of the U.S. Trustee
219 S Dearborn St, Room 873
Chicago, IL 60604

Jose B. Loera
Ana D. Loera
3116 South 48th Court
Cicero, IL 60804-3642

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to the Debtor and via CM-ECF electronic filing to Debtor's Attorney, Office of the US Trustee and Trustee.

*/s/  Carrie Williams*
Carrie Williams

## UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

| | |
|---|---|
| Jose B. Loera, | Case No. 12-38240 |
| Ana D. Loera, | Chapter 13 |
| | Judge Janet S. Baer |
| Debtors, | |

_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W Jackson Blvd., Suite 610
Chicago, IL 60606
Telephone: 312-263-0003
Main Fax: 312-263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Fay Servicing
Our File No. 104633

Alex J Whitt
Attorney for Debtor(s)
53 W. Jackson
Suite 205
Chicago, IL 60804

_____/

### MOTION TO EXTEND TIME TO FILE A RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE

**NOW COMES** Fay Servicing, LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christina Trust, not individually but as trustee for Hilldale Trust ("Creditor") moves this Court under Fed. R. Bankr. 9006(b)(1)  to extend the time to file a Response to the Trustee's Notice of Final Cure  in support of the motion Creditor states:

1.    Debtors filed their Chapter 13 Petition on September 26, 2012.

2.    Trustee file the Notice of Final Cure pursuant to Rule 3002.1 on December 22, 2016.

3.    Creditor's Response to the Trustee's Notice of Final Cure is due on January 12, 2017.

4.    Creditor believes a contractual delinquency to exist.

5.      As of today Creditor is still trying to obtain the payment history from the previous servicer of the mortgage loan and has been uable to obtain the full payment history to reconcile the payments and file a Response to the Trustee's Notice of Final Cure.

6.      Pursuant to Fed. R. Bankr. P. 9006(b)(1), this Court may for cause, in its discretion, enlarge the period of time to respond to the Notice of Final Cure.

7.      Creditor expects to be able to obtain the required payment history within 21 days.

8.      No prejudice will result to any parties as a result of the enlargement of time.

**WHEREFORE**, Fay Servicing, LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christina Trust, not individually but as trustee for Hilldale Trust ("Movant") respectfully request an order extending time to file a response until February 2, 2017 as set forth above and for such further relief as the Court deems necessary and just under the circumstances.

Dated:  January 12, 2017

*/s/ Caleb J. Halberg*
Potestivo & Associates, P.C.
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
chalberg@potestivolaw.com
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Fay Servicing, LLC as servicer for
Wilmington Savings Fund Society, FSB, d/b/a
Christina Trust, not individually but as trustee for
Hilldale Trust
Our File 104633